# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, <br><br>  Plaintiff, <br><br>  v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <u>et al.</u>, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 20-1825 (RBW)

## **DEFENDANTS' NOTICE IN ACCORDANCE WITH LOCAL RULE 7(n)(1)**

In accordance with Local Rule 7(n)(1), Defendants hereby file with this notice (1) the certification of the administrative record in this action; and (2) the index of the contents of the administrative record. *See* Attachments.

Dated: October 30, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice
  Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
  Tel.:  (202) 353-9265
  Fax:  (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

Mailing Address:

Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*