THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 20-cv-1825 (RBW) |

**STIPULATED DISMISSAL**

On February 5, 2021, the Wage and Hour Division of the U.S. Department of Labor withdrew Addendum 2 to Field Assistance Bulletin No. 2011-1 that was the subject of this litigation.[1] Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to dismissal of this action without prejudice. Each side will bear its own costs and fees.

Dated: February 24, 2021

Respectfully submitted,

*/s/ Robin F. Thurston*
Robin F. Thurston (DC Bar No. 1531399)
Michael C. Martinez*
Sean A. Lev (DC Bar No. 449936)
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org
mmartinez@democracyforward.org
slev@democracyforward.org

**Admitted pro hac vice*

*Counsel for Plaintiff*

---

[1] https://www.dol.gov/agencies/whd/field-assistance-bulletins

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
Senior Trial Counsel
MICHAEL P. CLENDENEN
DC Bar No. 1660091
Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.:   (202) 353-9265
          (202) 353-0693
Fax:   (202) 616-8460
E-mail:        adam.kirschner@usdoj.gov
michael.p.clendenen@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW
Washington, D.C. 20005

*Counsel for Defendants*